## 37971. HAWKINS v. HAWKINS.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JANUARY 27, 1982.

*James M. Walters,* for appellant.
*Robert E. Andrews,* for appellee.